RECEIVED
JUN 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, Plaintiff,

v. C.A.: 00-243ML

THELMO GALVAO, Defendant.

ORDER

This matter was scheduled for hearing on June 27, 2005, upon the court's Order of April 7, 2005 finding the defendant in contempt of the May 29, 2002 and September 18, 2002 Orders of United States Magistrate Judge David L. Martin; and after the defendant's presentation to the government of a money order in the amount of $499.00 just prior to the scheduled time of said hearing, it is hereby;

ORDERED, ADJUDGED, AND DECREED

That the defendant is in compliance with the requirements of this court's Order dated April 7, 2005 for purging himself of contempt of the May 29, 2002 and September 18, 2002 Orders of United States Magistrate Judge David L. Martin.

By Order:

Barbara Barletta
Deputy Clerk

ENTER:

Mary M. Lisi 6/29/05
MARY M. LISI
UNITED STATES DISTRICT JUDGE